Susan M. Natland (SBN 198100)
snatland@bakerlaw.com
Christina J. Moser (SBN 199027)
cmoser@bakerlaw.com
Katherine R. McMorrow (SBN 315723)
kmcmorrow@bakerlaw.com
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Attorneys for Plaintiff
ACORNS GROW INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORNS GROW INCORPORATED,<br>Plaintiff,<br>v.<br>HEADWAY SALES INC., D/B/A ACORN FINANCE,<br>Defendant. | Case No.<br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, VICARIOUS TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND TRADEMARK REGISTRATION CANCELLATION** |

Plaintiff Acorns Grow Incorporated ("Acorns") hereby complains of Defendant Headway Sales Inc., d/b/a Acorn Finance ("Acorn Finance") and alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for (1) trademark infringement and false designation of origin arising under 15 U.S.C. §§ 1114 and 1125(a), (2) vicarious trademark infringement, (3) trademark infringement and unfair competition arising under California common law, (4) unfair competition arising under California Business & Professions Code §§ 17200 *et seq.*, and (5) cancellation of a trademark registration pursuant to 15 U.S.C. §§ 1119 and 1052(d).

2. This Court has original subject matter jurisdiction over the claims in this Complaint that arise under the laws of the United States pursuant to 15 U.S.C. §§ 1116 and 1121(a) and also pursuant to 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the claims in this Complaint that arise under state statutory and common law pursuant to 28 U.S.C. §§ 1338(b) and 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3. This Court has personal jurisdiction over Acorn Finance because Acorn Finance has a continuous, systematic, and substantial presence within this Judicial District and within the State of California. Upon information and belief, Acorn Finance sells and advertises its goods and services in, has customers in, and has caused Acorns to suffer harm in this Judicial District. In addition, by committing acts of trademark infringement, false designation of origin, and unfair competition in this Judicial District, including but not limited to using infringing marks in connection with the sale and advertising of goods and services to customers in this Judicial District, Acorn Finance's acts form a substantial part of the events or omissions giving rise to Acorns' claims.

4. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c) at least because Acorn Finance is subject to personal jurisdiction in this Judicial District, and a substantial portion of the events complained of herein took place in this Judicial District.

**THE PARTIES**

5. Plaintiff Acorns is a corporation formed in the State of Delaware, with its principal place of business at 5300 California Avenue, Irvine, California 92617.

6. Upon information and belief, Defendant Acorn Finance is a corporation formed in the State of Delaware, with its principal place of business at 2600 Capitol Avenue, Suite 320, Sacramento, California 95816.

**COMMON ALLEGATIONS FOR ALL CLAIMS OF RELIEF**

**A. Acorns and Its Acorns® and ® Trademarks**

7. Founded in 2012, Acorns is a leader in the United States financial industry, including in the fields of financial technology ("fintech") and consumer finance, and goods and services related thereto. Acorns provides technology and services that have revolutionized the way consumers manage their finances, including through investing, banking, saving, and financial management and tracking, among other things, all under its well-known ACORNS® and ® house marks, which it uses in connection with all of its goods and services, as well as its -inclusive and ACORNS-inclusive trademarks, including but not limited to, e.g., acorns™, ACORNS LATER®, and others which prominently use the ® and/or ACORNS® house mark (collectively, the "ACORNS-inclusive Marks"). *See, e.g.*, https://www.acorns.com (last visited December 23, 2025). Acorns' trademark registrations referenced herein, as well as all common law rights in the ACORNS®, ®, and ACORNS-inclusive Marks, are referred to herein collectively as the "ACORNS Marks." The platform and services offered under the ACORNS Marks give consumers access to a variety of investing,

banking, saving, and financial solutions, including but not limited to debit cards, checking cards, programs for increasing savings, access to investment vehicles, programs for earning rewards and unlocking savings through everyday purchases, and educational information for enhancing financial literacy, including regarding lending, mortgages, borrowing, and other financial topics. Acorns also offers goods and services under its ACORNS Marks to improve other aspects of consumers' day-to-day financial lives, including matching consumers with retailers, e-commerce organizations, and other financial providers that provide financial services, tax services, insurance services, benefits, deals, and financial incentives to consumers.

8. For over a decade, Acorns has spent substantial time and significant resources in developing a high degree of consumer trust, consumer recognition, and goodwill in its ACORNS Marks. The ACORNS Marks are recognized by consumers and those in the industry as exclusively identifying goods and services emanating from Acorns. Given the exposure of the ACORNS Marks, as well as Acorns' leading market position, its years of use, its extensive advertising, and the significant media attention it has received from its investors and brand partners, which include A-list celebrities, professional athletes, and Fortune 500 companies, the ACORNS Marks have become very well-known in the fintech and finance space. Thus, for many years prior to Acorn Finance's adoption of confusingly similar marks as discussed below, Acorns has offered its goods and services under its well-known ACORNS Marks.

9. To protect its substantial investment in its ACORNS Marks, Acorns owns numerous trademark registrations for the ACORNS Marks in the United States, including but not limited to U.S. Trademark Registration Nos. 4,493,317 (ACORNS®), 5,552,405 (ACORNS LATER®), and 4,727,274 (for the design mark ® ("Acorn Design")), which all have filing, first use, and registration dates that predate Acorn Finance's adoption of confusingly similar marks as

discussed below. Pursuant to 15 U.S.C. § 1065, U.S. Trademark Registration Nos. 4,493,317, 5,552,405, and 4,727,274 are incontestable.

10. The ACORNS® mark, U.S. Trademark Registration No. 4,493,317, was registered by Acorns on the Principal Register on March 11, 2014, for "downloadable software application for the purpose of individual consumers to track the profitability of their financial portfolios and process investments in small dollar value increments, excluding mutual funds, the foregoing for use with mobile and web-enabled devices" in International Class 9. A true and correct copy of the Registration Certificate for the ACORNS® mark is attached hereto as Exhibit 1. Acorns is the sole and exclusive owner of this registration. The registration remains valid and subsisting, and it has become incontestable under 15 U.S.C. § 1065.

11. The ACORNS LATER® mark, U.S. Trademark Registration No. 5,552,405, was registered by Acorns on the Principal Register on August 28, 2018, for "downloadable software application for the purpose of individual consumers to track the profitability of their retirement financial portfolios and process investments in small dollar value increments" in International Class 9. A true and correct copy of the Registration Certificate for the ACORNS LATER® mark is attached hereto as Exhibit 2. Acorns is the sole and exclusive owner of this registration. The registration remains valid and subsisting, and it has become incontestable under 15 U.S.C. § 1065.

12. The Acorn Design mark ®, U.S. Trademark Registration No. 4,727,274, was registered by Acorns on the Principal Register on April 28, 2015, for "downloadable software application for mobile and web enabled devices relating to financial services" in International Class 9. A true and correct copy of the Registration Certificate for the Acorn Design mark is attached hereto as Exhibit 3. Acorns is the sole and exclusive owner of this registration. The registration remains valid and subsisting, and it has become incontestable under

15 U.S.C. § 1065.

13. In addition to the protection afforded Acorns by its federal trademark registrations, Acorns has extensive common law rights in its ACORNS Marks throughout the United States in connection with Acorns' goods and services. Acorns' strong common law rights also predate Acorn Finance's adoption of confusingly similar marks as discussed below.

14. The ACORNS Marks are distinctive and are well-known among consumers and those in the financial industry.

15. Further, as a result of extensive use, advertising, marketing, and promotion of Acorns' goods and services under the ACORNS Marks for more than a decade throughout the United States, the ACORNS Marks have become well-known, and consumers and those in the industry associate the ACORNS Marks exclusively with Acorns. The goodwill inherent in the ACORNS Marks is of substantial value to Acorns.

**B. Acorn Finance and Its Infringement**

16. Acorn Finance is in the business of providing fintech and financial goods and services, including goods and services for consumers looking to engage in borrowing, lending, and other financial activities. Acorn Finance also offers financial software solutions and platforms for embedded lending, tracking financial transactions, matching consumers with third-party financial entities, and more. Acorn Finance further offers educational information for enhancing financial literacy, including regarding lending, mortgages, borrowing, and other financial topics. *See, e.g.*, https://www.acornfinance.com/ (last visited December 23, 2025).

17. Acorn Finance offers for sale, sells, and advertises its goods and services in the United States, including within this Judicial District.

18. Acorn Finance offers for sale, sells, and advertises its goods and services in the State of California and nationally online, including, but not limited

to, through its website at https://www.acornfinance.com/ (last visited December 23, 2025).

19. Without permission from Acorns, Acorn Finance has used various marks, including but not limited to ACORNS, ACORN, ACORN FINANCE, , and Acorn FINANCE (the "Infringing Marks") to advertise and sell its financial goods and services in a manner likely to cause confusion with Acorns' ACORNS Marks.

20. Acorns adopted and commenced use of its ACORNS Marks years before Acorn Finance began using the Infringing Marks.

21. Acorn Finance, along with others in the fintech industry and consumers, is well aware of the ACORNS Marks and of the goodwill presented and symbolized thereby. Notwithstanding that awareness, and in fact by reason of the same, Acorn Finance has knowingly advertised, offered for sale, and/or sold in the United States identical and highly related financial goods and services under the Infringing Marks, which are identical and/or confusingly similar to the ACORNS Marks.

22. On November 7, 2019, years after Acorns registered its U.S. Trademark Registration No. 4,493,317 for its ACORNS® mark, Acorn Finance filed U.S. Application No. 88/683,777 for the mark "ACORN FINANCE." The "ACORN FINANCE" application registered as U.S. Trademark Registration No. 6,201,986 on November 17, 2020, for "matching borrowers with potential lenders in the field of consumer and mortgage lending" in International Class 35.

23. On May 25, 2021, years after Acorns registered its U.S. Trademark Registration No. 4,493,317 for its ACORNS® mark, Acorn Finance filed U.S. Application No. 90/732,981 for the mark "ACORN" for "matching borrowers with potential lenders in the field of consumer and mortgage lending" in International Class 35. Acorns filed a Notice of Opposition to this application with the Trademark Trial and Appeal Board. Acorn Finance did not respond to the Notice of Opposition, and the Board issued a default judgment and sustained the

Opposition in Acorns' favor, refusing registration of Acorn Finance's application for the mark "ACORN."

24. Acorns subsequently discovered numerous examples of actual consumer confusion between Acorns and Acorn Finance based on Acorn Finance's use of the Infringing Marks, that Acorn Finance had increased its use of the mark ACORN alone, and that Acorn Finance was using Acorns' ACORNS® mark, including in the advertising example shown below. Acorn Finance was running the below advertisement on Google in March 2025, when Acorns sent Acorn Finance another letter objecting to Acorn Finance's use of the Infringing Marks and noting the below advertisement, among others, as an example in that letter.




25. Acorns has contacted Acorn Finance multiple times objecting to Acorn Finance's use of the Infringing Marks, notifying Acorn Finance that its use of the Infringing Marks is infringing, and setting forth examples of actual consumer confusion between Acorns and Acorn Finance due to Acorn Finance's later adoption and use of the Infringing Marks, as well as the use of the Infringing Marks by third parties promoting and advertising Acorn Finance and Acorn Finance's goods and services.

26. Despite Acorn Finance's prior awareness of Acorns' ACORNS Marks, and despite Acorns' objections and requests that Acorn Finance cease use of the Infringing Marks, Acorn Finance has not ceased use of the Infringing

Marks, and Acorn Finance's infringement continues to cause consumer confusion and harm to Acorns and to consumers, including in this Judicial District.

27. Acorn Finance's actions alleged herein are intended to, and are likely to, cause confusion, mistake, or deception among consumers, and to cause them to falsely believe that Acorn Finance and the goods and services that it offers under the Infringing Marks are authorized, sponsored, or approved by Acorns or are otherwise associated, affiliated, or connected with Acorns or the goods and services offered under Acorns' ACORNS Marks.

28. Acorn Finance's use of the Infringing Marks has also resulted in actual confusion. Just one example of a consumer confusing Acorn Finance and Acorns, and linking both companies in a social media post, is shown below:




*See* https://www.facebook.com/michelle.callahan7940/posts/pfbid0iShSGF5ScLjeE98SJLc4iCCMcjMZkxnRkqPZjxxYvmsmQ7uXHC35TqERwbrgLU6Rl (last accessed March 27, 2025).

29. Acorn Finance has also partnered with third parties that use the

Infringing Marks and contribute to actual confusion between Acorns and Acorn Finance. Upon information and belief, Acorn Finance partners with third-party businesses to advertise, promote, and/or provide Acorn Finance's goods and services to consumers. The third parties promoting Acorn Finance's goods and services have repeatedly used the Infringing Marks and also referred to Acorn Finance as "Acorns," as shown in multiple examples below:




*See* https://cabinets2countertops.com/financing/ (last visited December 23, 2025).




*See* https://www.instagram.com/p/DR2rc66Esfs/ (last visited December 23, 2025).




*See* https://farfancontractors.com/finance (last visited December 23, 2025).




*See* https://www.evolutionroofworks.com/financing/ (last visited December 23, 2025).




*See* https://certapro.com/twincitieseast/special-offers/ (last visited December 23, 2025).

30. Upon information and belief, Acorn Finance directly engages with these third-parties and Acorn Finance and the third-parties are in an apparent or actual partnership, have the authority to bind one another in transactions with other third parties, and/or exercise joint ownership or control over the use of the Infringing Marks for the promotion of Acorn Finance's goods and services offered under the Infringing Marks.

31. Acorn Finance's use of the Infringing Marks, and the use of the Infringing Marks by third parties to promote Acorn Finance's goods and services, is likely to cause, and has caused, consumer confusion and is likely to lead, and has led, consumers to believe that Acorn Finance is affiliated with Acorns, when it is not.

32. Indeed, Acorn Finance has a duty to avoid confusion with Acorns and the ACORNS Marks because Acorn Finance entered the market after Acorns. Nevertheless, Acorn Finance has purposely sold, promoted, and/or marketed its identical and highly related financial goods and services in a manner that causes a likelihood of confusion with Acorns and its well-known ACORNS Marks.

33. By virtue of the acts complained of herein, Acorn Finance has created a likelihood of injury to Acorns' business reputation and goodwill, caused a

likelihood of consumer confusion, mistake, and deception as to the source of origin or relationship of Acorns' goods and services with Acorn Finance's goods and services, and has otherwise competed unfairly with Acorns by unlawfully trading on and using Acorns' ACORNS Marks without Acorns' permission.

34. Upon information and belief, Acorn Finance's acts complained of herein are willful and deliberate.

35. Acorn Finance's acts complained of herein have caused and will continue to cause irreparable harm to Acorns and to the substantial goodwill embodied in the ACORNS Marks, and said acts will continue unless and until Acorn Finance is preliminarily and permanently enjoined from the wrongful acts complained of herein.

## FIRST CLAIM FOR RELIEF

**(Trademark Infringement and False Designation of Origin Under 15 U.S.C. § 1125(a))**

36. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–35 of this Complaint as though fully set forth herein.

37. This is a claim for trademark infringement and false designation of origin arising under 15 U.S.C. § 1125(a).

38. As a result of the widespread use and promotion of the ACORNS Marks, the ACORNS Marks have become well-known to consumers and potential consumers, and consumers and potential consumers have come to associate the ACORNS Marks with Acorns.

39. Acorns' substantial use of the ACORNS Marks in commerce has also resulted in the ACORNS Marks being protectable and enforceable. Acorns owns all rights, title, and interest in and to the ACORNS Marks, including all common law rights in such marks.

40. Acorns is the senior user of the ACORNS Marks and enjoys priority over Acorn Finance.

41. Acorn Finance has infringed the ACORNS Marks and created a false designation of origin by using in commerce, without Acorns' permission, the Infringing Marks, which are identical and/or confusingly similar to the ACORNS Marks, in connection with the advertisement, offering for sale, and/or sale of Acorn Finance's goods and services, including financial goods and services identical or highly related to those offered by Acorns.

42. Acorn Finance's actions are likely to cause confusion and mistake, or to deceive as to the affiliation, connection, or association of Acorns with Acorn Finance, and/or as to the origin, sponsorship, or approval of Acorn Finance's goods and services or Acorn Finance's commercial activities, in violation of 15 U.S.C. § 1125(a).

43. Acorn Finance adopted and used the Infringing Marks with the intent to trade upon Acorns' reputation and goodwill by causing confusion and mistake among consumers, and to deceive them into believing that Acorn Finance's goods and services are associated with, sponsored by, or approved by Acorns, when they are not.

44. Acorn Finance had actual knowledge of Acorns' ownership and prior use of the ACORNS Marks and willfully violated 15 U.S.C. § 1125(a).

45. Acorn Finance, by its actions, has irreparably injured Acorns. Such irreparable injury will continue unless Acorn Finance is preliminarily and permanently enjoined by this Court from further violation of Acorns' rights, for which Acorns has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

**(Trademark Infringement Under 15 U.S.C. § 1114)**

46. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–45 of this Complaint as though fully set forth herein.

47. This is a claim for trademark infringement arising under 15 U.S.C. § 1114.

48. Acorns owns valid and enforceable federally registered trademarks for the ACORNS Marks, including U.S. Trademark Registration Nos. 4,493,317 (ACORNS®), 5,552,405 (ACORNS LATER®), and 4,727,274 (® (Acorn Design)).

49. Acorn Finance has used in commerce, without permission from Acorns, colorable imitations of, and/or confusingly similar marks to, Acorns' ACORNS Marks that are the subject of at least Acorns' U.S. Trademark Registration Nos. 4,493,317, 5,552,405, and 4,727,274, in connection with the advertising, marketing, and/or promoting of Acorn Finance's goods and services, including financial goods and services identical or highly related to those offered by Acorns and covered by the foregoing registrations. Such use is likely to cause consumer confusion or mistake, or to deceive.

50. The activities of Acorn Finance complained of herein constitute willful and intentional infringements of Acorns' registered marks, and Acorn Finance engaged in the activities with the intent to trade upon Acorns' reputation and goodwill by causing confusion and mistake among consumers and to deceive them into believing that Acorn Finance's goods and services are associated with, sponsored by, or approved by Acorns, when they are not.

51. Acorn Finance had actual knowledge of Acorns' ownership and prior use of the ACORNS Marks and has willfully violated 15 U.S.C. § 1114.

52. Acorn Finance, by its actions, has irreparably injured Acorns. Such irreparable injury will continue unless Acorn Finance is preliminarily and permanently enjoined by this Court from further violation of Acorns' rights, for which Acorns has no adequate remedy at law.

## <u>THIRD CLAIM FOR RELIEF</u>

## (Vicarious Trademark Infringement)

53. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–52 of this Complaint as though fully set forth herein.

54. This is a claim for vicarious trademark infringement.

55. Acorns owns valid and enforceable federally registered trademarks for the ACORNS Marks, including U.S. Trademark Registration Nos. 4,493,317 (ACORNS®), 5,552,405 (ACORNS LATER®), and 4,727,274 (® (Acorn Design)), as well as common law rights in the ACORNS Marks.

56. Acorn Finance and various third parties are in an apparent or actual partnership, have the authority to bind one another in transactions with third parties, and/or exercise joint ownership or control over the infringing conduct, and those third parties ("Third-Party Advertisers") use in commerce, without permission from Acorns, colorable imitations of, and/or confusingly similar marks to, Acorns' ACORNS Marks that are the subject of at least Acorns' U.S. Trademark Registration Nos. 4,493,317, 5,552,405, and 4,727,274, and/or Acorns' common law trademark rights in the ACORNS Marks, in connection with the advertising, marketing, and/or promoting of Acorn Finance's goods and services, including financial goods and services identical or highly related to those offered by Acorns under the ACORNS Marks. Such use is likely to cause confusion or mistake among consumers, and to deceive them into believing that Acorn Finance's goods and services are associated with, sponsored by, or approved by Acorns, when they are not.

57. Upon information and belief, Acorn Finance has the ability to supervise and control the promotion of Acorn Finance's goods and services by its Third-Party Advertisers, and Acorn Finance has a direct financial interest in the Third-Party Advertisers' promotion of Acorn Finance's goods and services. Acorn Finance has continued to partner with Third-Party Advertisers despite their infringement, and despite Acorn Finance's knowledge of the Third-Party Advertisers' infringement, of Acorns' ACORNS Marks when promoting Acorn Finance and Acorn Finance's goods and services.

58. Acorn Finance is vicariously liable for the trademark infringement,

false designation of origin, and unfair competition under federal and state law of its Third-Party Advertisers.

59. Acorn Finance had actual knowledge of Acorns' ownership and prior use of the ACORNS Marks and has willfully violated 15 U.S.C. §§ 1114 and 1125(a) and California law.

60. Acorn Finance, by its actions, has irreparably injured Acorns. Such irreparable injury will continue unless Acorn Finance is preliminarily and permanently enjoined by this Court from further violation of Acorns' rights, for which Acorns has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### (Unfair Competition Under California Business & Professions Code §§ 17200 *et seq.*)

61. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–60 of this Complaint as though fully set forth herein.

62. This is a claim for unfair competition arising under California Business & Professions Code §§ 17200, *et seq.*

63. By virtue of the acts complained of herein, Acorn Finance has intentionally caused a likelihood of confusion among the purchasing public and has unfairly competed in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*

64. Acorns has had to divert resources to combat the consumer confusion, mistake, and/or deception arising from Acorn Finance's adoption and use of the Infringing Marks as described herein.

65. Acorn Finance's acts complained of herein constitute trademark infringement, unfair competition, and unlawful, unfair, malicious, or fraudulent business practices, which have irreparably injured Acorns. Such irreparable injury will continue unless Acorn Finance is preliminarily and permanently enjoined by this Court from further violation of Acorns' rights, for which Acorns has no adequate remedy at law.

**FIFTH CLAIM FOR RELIEF**

**(Unfair Competition Under California Common Law)**

66. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–65 of this Complaint as though fully set forth herein.

67. This is a claim for unfair competition arising under the common law of the State of California.

68. Acorn Finance's acts complained of herein constitute trademark infringement and unfair competition under the common law of the State of California.

69. By virtue of the acts complained of herein, Acorn Finance has willfully and intentionally caused a likelihood of confusion among the purchasing public in this Judicial District and elsewhere, thereby unfairly competing with Acorns in violation of the common law of the State of California.

70. Acorns has had to divert resources to combat the consumer confusion, mistake, and/or deception arising from Acorn Finance's adoption and use of the Infringing Marks as described herein.

71. Acorn Finance has irreparably injured Acorns. Such irreparable injury will continue unless Acorn Finance is preliminarily and permanently enjoined by this Court from further violation of Acorns' rights, for which Acorns has no adequate remedy at law.

**SIXTH CLAIM FOR RELIEF**

**(Cancellation of ACORN FINANCE, U.S. Reg. No. 6,201,986, Under 15 U.S.C. §§ 1119 and 1052(d))**

72. Acorns hereby repeats, realleges, and incorporates by reference Paragraphs 1–71 of this Complaint as though fully set forth herein.

73. This is a claim for cancellation of the registration on the Principal Register for ACORN FINANCE, U.S. Trademark Registration No. 6,201,986, arising under 15 U.S.C. §§ 1119 and 1052(d).

74. Acorn Finance registered the ACORN FINANCE mark as U.S. Trademark Registration No. 6,201,986 on November 17, 2020, for "matching borrowers with potential lenders in the field of consumer and mortgage lending" in International Class 35. A true and correct copy of the Registration Certificate for the ACORN FINANCE mark is attached hereto as Exhibit 4.

75. Acorn Finance registered the ACORN FINANCE mark years after Acorns registered its ACORNS® mark and long after Acorns adopted and established rights in its other ACORNS Marks.

76. As described herein, Acorn Finance's registration for ACORN FINANCE, and use thereof, is likely to cause confusion, mistake, and/or deception among consumers, and to cause them to falsely believe that Acorn Finance and the services that it offers under the mark ACORN FINANCE are authorized, licensed, sponsored, or approved by Acorns or are otherwise associated, affiliated, or connected with Acorns or the services offered under Acorns' ACORNS Marks, when they are not.

77. If Acorn Finance's ACORN FINANCE mark is allowed to remain registered, the registration would conflict with Acorns' lawful and exclusive right to use the ACORNS Marks nationwide based on its prior filings, registrations, and longstanding use of the ACORNS Marks.

78. By being likely to cause confusion, mistake, deception, and/or false beliefs among consumers as to the source of services offered under the ACORN FINANCE mark, Acorn Finance has caused, and will continue to cause, damage and injury to consumers, Acorns, and Acorns' goodwill in the ACORNS Marks. Acorns has been and will continue to be damaged by the continued registration of the ACORN FINANCE mark.

79. Acorn Finance, by its actions, has irreparably injured Acorns in a manner for which Acorns has no adequate remedy at law. Such irreparable injury will continue unless Acorn Finance's registration for the ACORN FINANCE

mark is cancelled by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Acorns prays for judgment against Acorn Finance as follows:

1. That the Court render a final judgment in favor of Acorns and against Acorn Finance on all claims for relief alleged herein;

2. That the Court render a final judgment that Acorn Finance has violated the provisions of 15 U.S.C. § 1125(a) by willfully infringing the ACORNS Marks, and using a false designation of origin, through the marketing, sale, and promotion of Acorn Finance's goods and services, including financial good and services;

3. That the Court render a final judgment that Acorn Finance has willfully violated the provisions of 15 U.S.C. § 1114 by infringing Acorns' trademark rights in at least the marks that are the subject of U.S. Trademark Registration Nos. 4,493,317, 5,552,405, and 4,727,274;

4. That the Court render a final judgment that Acorn Finance and its Third-Party Advertisers have willfully violated the provisions of 15 U.S.C. §§ 1114 and 1125(a) and California law, and Acorn Finance is vicariously liable for the Third-Party Advertisers' false designation of origin, unfair competition, and infringement of Acorns' ACORNS Marks;

5. That the Court render a final judgment declaring that Acorn Finance has violated California Business and Professions Code §§ 17200, *et seq.*, by committing trademark infringement and unfairly competing with Acorns;

6. That the Court render a final judgment declaring that Acorn Finance has violated California common law by unfairly competing with Acorns;

7. That the Court render a final judgment declaring that Acorn Finance's ACORN FINANCE mark, U.S. Trademark Registration No. 6,201,986, is invalid and unenforceable, and ordering that the registration for the

ACORN FINANCE mark be cancelled;

8. That Acorn Finance, its officers, agents, servants, employees, licensees, distributors, attorneys, affiliates, successors, and assigns, its Third-Party Advertisers, and all other persons or entities in active concert or participation with any of them be forthwith preliminarily and permanently enjoined from:

a. advertising, promoting, marketing, offering to sell, and/or selling goods or services using or in connection with the ACORNS Marks and/or any variation thereof, including but not limited to the Infringing Marks, or any other confusingly similar marks;

b. manufacturing, distributing, shipping, importing, reproducing, displaying, advertising, marketing, promoting, transferring, selling, and/or offering to sell any unauthorized goods or services bearing any of the ACORNS Marks and/or any confusingly similar marks, including but not limited to any of the Infringing Marks;

c. filing any applications for registration of any trademarks confusingly similar to the ACORNS Marks, including but not limited to any of the Infringing Marks;

d. partnering with third parties to infringe the ACORNS Marks;

e. otherwise infringing any of the ACORNS Marks;

f. falsely designating the origin of Acorn Finance's goods or services;

g. unfairly competing with Acorns in any manner whatsoever;

h. diluting the distinctive quality of the ACORNS Marks; and

i. causing a likelihood of confusion or injury to Acorns' business reputation or goodwill;

9. That Acorn Finance be required to delete or destroy, or deliver up for destruction or other disposition, within thirty (30) days of the entry of final judgment herein, any and all signage, merchandise, packaging, labels, stationary, devices, literature, advertising, goods, and other materials in its possession, whether in hard copy, electronic, or any other format, that bear any of the Infringing Marks or any trademark or designation in violation of Acorns' rights as decreed herein;

10. That Acorn Finance's actions be deemed willful;

11. That Acorn Finance be directed to file with this Court and serve on Acorns within thirty (30) days after the entry of the injunction herein, a report, in writing, under oath, setting forth in detail the manner and form in which Acorn Finance has complied with the injunction pursuant to 15 U.S.C. § 1116;

12. That Acorns be awarded such further relief as the Court may deem just and appropriate.

Respectfully submitted,

BAKER & HOSTETLER LLP

Dated: December 29, 2025

By: */s/ Christina J. Moser*
Susan M. Natland
Christina J. Moser
Katherine R. McMorrow

Attorneys for Plaintiff
ACORNS GROW INCORPORATED